IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEBORAH MIXON, RICK | ) | |
| GRIFFIN, and TIMOTHY SULLIVAN, | ) | |
| | ) | Civil Action |
| Plaintiffs, | ) | File No. _____ |
| | ) | |
| v. | ) | **CLASS ACTION** |
| | ) | |
| REPUBLIC SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **COMPLAINT**

Plaintiffs Deborah Mixon, Rick Griffin, and Timothy Sullivan ("Plaintiffs") bring this Complaint against Defendant Republic Services, Inc. ("Republic Services"), showing as follows:

## **Summary**

1.

This is an action to recover prepaid fees that Republic Services extracted from Plaintiffs and other residential customers without providing scheduled solid waste collection services. Republic Services experiences frequent, widespread, and prolonged service delays due to staffing issues or mismanagement during which thousands of its residential customers may go weeks without receiving trash service.

Even while publicly acknowledging that refunds are due to customers that do not receive promised services as scheduled, Republic Services' actual pattern and practice is to regularly withheld refunds from impacted customers. Customers subjected to Republic Services' no-refund policy are entitled to their money back.

## Parties

2.

Plaintiff Deborah Mixon is a citizen of Georgia, residing in Athens, Georgia. Plaintiff Mixon is a current customer of Republic Services pursuant to a residential subscription agreement.

3.

Plaintiff Tim Sullivan is a citizen of Georgia, residing in Braselton, Georgia. Plaintiff Sullivan is a current customer of Republic Services pursuant to a residential subscription agreement.

4.

Plaintiff Rick Griffin is a citizen of Georgia, residing in Braselton, Georgia. Plaintiff Griffin terminated Republic Services' services in July 2019.

5.

Defendant Republic Services, Inc. is a Delaware corporation with its principal office in Phoenix, Arizona.

## <u>Jurisdiction</u>

6.

This Court has subject matter jurisdiction over this class action. Plaintiffs are citizens of States different from Republic Services, and so are many other Class members. See 28 U.S.C. § 1332 (d)(2). And the claims of the Class in the aggregate exceed the minimally required amount in controversy. See 28 U.S.C. § 1332 (d)(6). In fact, the amount in controversy likely involves tens of millions of dollars.

7.

This Court has personal jurisdiction over Republic Services. Among other things, Republic Services is registered to and do conduct business in Georgia, provides solid waste collection services in Georgia, has caused injuries in Georgia, and generally engages in substantial business activities in Georgia.

8.

This Court is also a proper venue for this action. Republic Services is subject to personal jurisdiction in the Northern District of Georgia, which "[f]or purposes of venue," means that Defendants reside in this judicial district.  28 U.S.C. § 1391 (b)(1), (c).

## Factual Allegations

9.

Republic Services is the second largest provider of non-hazardous solid waste collection, transfer, disposal, and recycling services in the United States, with over $10 billion in annual revenue.

10.

As Republic Services describes it, "[o]ur residential collection business involves the curbside collection of waste for transport to transfer stations, or directly to landfills or recycling processing centers." Republic Services form 10-K, filed February 7, 2019, https://www.sec.gov/ix?doc=/Archives/edgar/data/1060391/000106039119000008/rsg-2018x1231x10xk.htm (last visited September 12, 2019).

11.

Republic Services' residential solid waste collection services are provided either under franchise contracts with municipalities or subscription agreements with individual households. *Id.* This action concerns Republic Services' direct-to-consumer residential collection service, *i.e.* consumers that are billed for solid waste collection services through their local municipality are excluded from the Classes.

12.

Plaintiffs and Class members were overbilled by Republic Services for

residential solid waste collection services. Upon information and belief, the essential terms under which Republic Services provides the services are uniform and do not vary from customer to customer in any way that is material to this case, *i.e.* the customer signs up for residential solid waste services; pays for the services in advance; and Republic Services commits to provide the services at a predetermined interval (typically weekly) and day of the week.

13.

Timely delivery of solid waste collection services is a material term of the agreement because pickup delays rapidly create a public nuisance and public health concern.

14.

Indeed, Republic Services acknowledges the importance of timely and reliable service with the prominent representation on its website that "[o]ur customers can count on reliable and safe service with a 99.9% pickup reliability rate," which is purportedly based on a "99.9% proven daily pick up rate based on missed pickup data for commercial and residential customers from April 2018– March 2019." *See* https://www.republicservices.com/shop (last visited September 12, 2019).

15.

Republic Services undertook all billing and customer service-related functions relating to Plaintiffs' and other residential customers' accounts.

16.

Republic Services maintains a customer portal on its website, www.republicservices.com, which it calls "My Resource." *See* Republic Services Inc., Form 10-K filed February 8, 2018, available at https://www.sec.gov/Archives/edgar/data/1060391/000106039118000005/rsg-2017x1231x10xk.htm ("Our MyResource customer portal and mobile app are online account management tools, allowing customers access to their accounts and our services.") (last visited September 12, 2019).

17.

The "My Resource" portal allows customers to "Manage Your Republic Services Account with One Simple Tool," including viewing/paying bills, scheduling a pickup, reporting a missed pickup, or ordering additional services. *See* https://www.republicservices.com/account/login?redirectPath=%252Faccount%252Fdashboard (last visited September 12, 2019).

18.

New residential customers sign up to receive services from Republic Services

through its website. *See* https://www.republicservices.com/residents (last visited September 12, 2019). There is no disclosure on Republic Services' website that any other entity is responsible for providing any services related to its residential customers' accounts.

19.

Republic Services electronically bills its residential customers and collects payments through its website.

20.

The express goal of Republic Services' digital platform and customer hotline is to provide customers with a "consistent experience across our business." *See* Republic Services Inc., Form 10-K filed February 8, 2018, available at https://www.sec.gov/Archives/edgar/data/1060391/000106039118000005/rsg-2017x1231x10xk.htm (last visited September 12, 2019); *see also id.* ("To help ensure a consistent customer experience, we invested in our customer service capabilities and have made continued progress on the consolidation of our over 100 customer service locations into three Customer Resource Centers.").

21.

Republic Services' residential invoices prominently bear the Republic Services name and logo at the top. The invoices refer customers to Republic

Services' website for "Important Information" where Republic Services represents the customer can "easily access your account, pay your bill, schedule a pickup and more."

22.

Republic Services distributes informational flyers and brochures identifying itself as the service provider. A representative flyer bears Republic Services' name and insignia at the top and states, "We are delighted to have you as one of our customers and would like to provide some valuable information and tips on our service." The flyer is attached as <u>Exhibit A</u> and incorporated by reference.

23.

Republic Services held itself out to Plaintiffs and Class members as their provider of solid waste collection services and actively participated in the delivery of the services, including overbilling as detailed herein.

<u>Republic Services' pattern of prolonged service delays and failures</u>

24.

Notwithstanding the purported 99.9% daily pickup rate touted on its website, Republic Services has received at least tens of thousands of complaints regarding missed or delayed residential services in just 2018 and 2019, regularly misses service

for weeks at a time, and then fails or refuses to refund its customers for **prepaid** service fees it knows it did not earn.

25.

Indeed, Republic Services acknowledges that "[i]n general, subscription residential collection fees are paid **quarterly in advance** by the customers receiving the service." Republic Services, Inc. Form 10-k, filed February 17, 2019; https://www.sec.gov/ix?doc=/Archives/edgar/data/1060391/000106039119000008 /rsg-2018 x1231x10xk.htm (emphasis added) (last visited September 12, 2019); *see also* Exhibit A ("[b]ills are sent quarterly with payments being made in advance of service being rendered....Payments may be made at www.republicservices.com or by calling customer service.").

26.

Despite Republic Services' knowledge of systemic missed and delayed services to residential customers that have paid for scheduled solid waste collection services in advance, Republic Services has failed to credit at least thousands of residential customers' accounts for the cost of the solid waste collection services that it failed to deliver as agreed.

27.

Republic Services utilizes advanced route planning, on-board telematics

systems, and GPS-tracking technology that provide it with real-time, missed pickup data. Republic Services also receives real-time, or near real-time, data on missed pickups from driver reports and customer reports. *See* https://www.republicservices.com/cms/documents/sustainability_reports/2017Sust ainabilityReport.pdf ("We've also provided our drivers with technology that helps them immediately report any collection issues to dispatch so that we can deliver a quick solution.") (last visited September 12, 2019).

28.

With this technology, Republic Services knows and is able to internally track the instances when it fails to provide customers with solid waste collection services according to schedule.

29.

At least between May 8, 2017 and July 9, 2019, Republic Services directed customers to report missed pickups by submitting a hyperlinked form on its website. Seehttps://web.archive.org/web/20181226005733/https://www.republicservices.co m/customer-support/faq ("To report a problem and request a resolution online, login to your account and complete this form.") (last visited September 12, 2019).

30.

As of the filing of the Complaint, Republic Services makes a "Report Missed

Pickup" link available in the Customer Support section of its website.

31.

Due to staffing issues, mismanagement, or other issues, Republic Services' frequently fails to make scheduled weekly or bi-monthly pickups.

32.

For example, in Gwinnett County, Georgia, Republic Services' customers submitted more than 7,000 complaints of missed pickups between January and August 2019. Some 10,000 complaints were reportedly filed against Republic Services for lack of trash pickup in Baton Rouge, LA. *See* https://www.brproud.com/news/local-news/talking-trash-10000-complaints-filed-against-republic-services-for-lack-of-trash-pickup/ (last visited September 12, 2019).

33.

Republic Services sometimes publicly acknowledges that customers who experience a service delay are due a refund. *E.g.* See https://www.wsbtv.com/news/local/gwinnett-county/metro-neighborhood-says-they-are-dealing-with-a-trash-disaster/971720694, attached as <u>Exhibit B</u>. Still, Republic Services regularly fails or refuses to actually provide refunds to these customers, including Plaintiffs. *Id.*

34.

A summary of complaints relating to Republic Services prepared by the Solid Waste Department for Athens-Clarke County states, "[i]n February 2018, complaints against Republic Services started to occur weekly [sic] as a result ACC Solid Waste Department Staff started to track all complaints (verbal including phone, email, text, social media and print letter) against francisees [sic]." The summary indicates that the Solid Waste Department received "over 100 complaints" relating to missed residential service.

35.

On July 16, 2018, the Solid Waste Director for Athens-Clarke County, Georgia, sent a letter to Republic Services informing the company that "Athens-Clarke County Solid Waste Department has received over a hundred complaints about the residential collection service provided by Republic Services, including "lack of weekly trash and biweekly recycling collection" and "no refund or credit on customer bill for lack of service." A copy of the July 16, 2018 letter is attached as Exhibit C and incorporated by reference.

36.

In a statement to CBS46 responding to a story reporting service delays of up to eight weeks in Barrow County, Georgia in April 2019, Republic Services

acknowledged it was aware of "recent service delays," but indicated it would only work with "individual" customers on an "as needed" basis:

> "Republic Services takes great pride in serving our customers. We are working to address recent service delays in the Statham area, and we apologize for any inconvenience that our customers may have experienced. **We will work with customers individually to rectify matters, as needed**."

*See* https://www.cbs46.com/news/barrow-county-residents-need-help-taking-out-the-trash/article_23db6d9a-60bc-11e9-95c1-1b01e61188d5.html (emphasis added) (last visited September 12, 2019), attached as Exhibit D.

37.

A separate CBS46 story in April 2019 reported Republic Services' own employees as saying "that drivers are told to concentrate on…money areas and **just let people in outlying areas complain**." https://www.cbs46.com/news/customers-employees-voice-complaints-against-trash-pickup-service/article_705c317a-6640-11e9-a002-cf0d4d17a275.html (emphasis added) (last visited September 12, 2019), attached as Exhibit E.

38.

Similarly, CBS46 reported that, in June 2019, Republic Services missed pickups in the Woodlake subdivision in Monroe, GA during the week of June 16-20, 2019. *See* https://www.cbs46.com/news/fed-up-residents-ready-to-throw-out-

trash-service/article_6b9644ac-9613-11e9-8d8a-3785a91000a4.html   (last   visited

September 12, 2019), attached as Exhibit F.

39.

According to Republic Services' customers quoted in the story, Republic

Services gave customers who called to inquire about the missed pickups "a song and

dance" with continued false promises that service would occur the following day.

40.

Republic Services sent CBS46 the following statement acknowledging

collection delays and blaming the problem on staffing shortages:

> We have experienced staffing shortages that have led to
> collection delays in some areas. We have brought in
> employees from other areas of the country to help, and
> we're actively working to increase our pool of drivers so
> that we can resume our full collection schedule as quickly
> as possible. We apologize for the delays and thank our
> customers for their continued patience.

*See id.*

41.

In response to Republic Services' weeks-long service delays, over 200 Barrow

County residents reportedly created a Facebook group demanding better service. *See*

https://www.wsbtv.com/news/local/gwinnett-county/metro-neighborhood-says-

they-are-dealing-with-a-trash-disaster/971720694.   According   to   WSB-TV's

reporting, although Republic Services purportedly "offered refunds to customers that were negatively impacted… every neighbor we spoke with they've yet to receive any refunds." *Id.*

42.

Republic Services' rampant service delays are not limited to Georgia. Similar extended delays and systematic missed pickups affecting thousands of Republic Services' customers have been reported by news outlets around the country, including in Texas, Idaho, Louisiana, Florida, Ohio, South Carolina, and New Jersey *E.g.* https://www.chron.com/neighborhood/bayarea/news/article/Republic-Services- Dickinson-trash-contract-14269783.php (last visited September 12, 2019); https://www.idahopress.com/news/local/republic-services-loses-drivers-sees-complaints-as-ada-contract-nears/article_1fbffb22-e92a-55fd-8c52-1a1937d2 b84b.html (last visited September 12, 2019); https://www.wafb.com/2019/06 /18/customers-demand-action-after-issues-with-republic-services-appear-unending/ last visited September 12, 2019); https://www.abcactionnews.com/news/region-citrus-hernando/hernando-co-commissioners-vote-no-on-republic-services-rate-increase-due-to-poor-service (last visited September 12, 2019); https://www.cleveland.com/community/2019/06/parma-mayor-furious-with-republic-services-delayed-pickup-of-bulk-and-yard-waste-from-7000-

households.html          (last          visited          September          12,          2019);

https://www.postandcourier.com/news/berkeley-s-trash-service-leaves-cans-spills-

oil-and-misses/article_56cf278c-ae19-11e9-b33f-a3e6689a8978.html  (last  visited

September 12, 2019); https://www.nj.com/news/2019/07/hunterdon-residents-raise-

a-stink-over-new-trash-hauler.html.

43.

Republic Services knows that it has no right to retain funds that customers

paid in advance for weekly solid waste collection services that Republic Services

did not provide, yet has adopted a practice and policy of failing to adjust customers'

accounts of its own accord when service delays extend into the following week.

44.

Republic Services' response to the news reports regarding the Barrow County,

GA and Walton County, GA service delays reflects the company's practice and

policy of failing or refusing to adjust customers' accounts for prepaid trash and

recycling services that it knows it did not provide, as detailed herein.

45.

Hundreds of customer complaints of service delays or missed service reflect

that Republic Services' practice and policy of failing to refund or credit residential

customers' accounts for service delays in residential solid waste collection service

that extend longer than standard weekly or bi-monthly schedule under its standard subscription agreements. *E.g.* https://www.bbb.org/us/az/phoenix/profile/sanitation-consultants/republic-services-inc-1126-12005337/complaints  (3,326  complaints); https://www.consumeraffairs.com/homeowners/republic-services-waste-management.html  (643  complaints/reviews).  Republic  Services'  implicitly acknowledges its duty to refund customers for service delays that extend beyond the agreed service interval by providing refunds to customers that complaint sufficiently loudly and frequently, while continuing to deny refunds to Plaintiffs and Class members. *Id.*

46.

The first complaint on the BBB website contains a representative customer experience with Republic Services:

08/28/2019

**This company missed my trash at least eight times.** I only have one actual complaint on file because it was the only time they didn't send a text message stating they were aware of the missed pickup. I left several messages with no response. I went to the local office in Winder, Ga. on Patrick Mill Rd where I knocked on the door for 30 minutes until someone answered the door. There was a sign on the door stating appointment by schedule only. I couldn't get anyone on the phone or to return my calls so it was impossible to set an appointment. **I was told I would have a discount added to my account by the lady**

**that kept relaying the message to her supervisor that would not come talk to me himself. The next bill comes and no discount**. I tried to call again, left a message and no response. I finally went with another company and I am being told I have **cancellation fees, can pickup fees (they won't let me drop them off to avoid this charge) and service fees (that were never delivered)**. I have a flawless account history for 6 years until the last 3-4 months when I started to receive substandard service and there was no compensation given much less any responsibility assumed by the company. They said they can credit my account so I don't owe over $200 but I still owe around $70! I find this unacceptable. If they simply would have provided me the service which they were employed for this would not be happening.

Republic Services Inc Response
08/29/2019

We sincerely apologize for Mr. ********* frustrations. We have reviewed his account in detail. The last payment that we received on his account was 03/26/19, which paid for service from 04/01-06/30. Mr. Sosebee says he stopped paying his bill due to service issues. We have had one complaint on his account, for the quarter in question, and this was on 06/25/19. The next call that we received from him was on 08/21/19 and this was to cancel services. Sosebee says he called and left messages. I found only the call from 6/25 and the calls in August to cancel services and inquire about his bill. **We will credit the removal charges but he will be held responsible for the charges from 07/01-08/30**. Thank you.

https://www.bbb.org/us/az/phoenix/profile/sanitation-consultants/republic-services

-inc-1126-12005337/complaints (emphasis added) (last visited September 12,

2019).

47.

The Better Business Bureau's website reflects that Republic Services has a 1-star average rating and 1,363 billing-related complaints in the past three years – an average of 1.25 complaints per day. According to a statement by a BBB spokesperson, "[t]he company currently has an F rating in our system and is not accredited because of their low score." https://www.cbs46.com/news/customers-employees-voice-complaints-against-trash-pickup-service/article_705c317a-6640-11e9-a002-cf0d4d17a275.html (last visited September 12, 2019).

<u>Republic Services breaches its subscription agreements with Plaintiffs</u>

48.

Plaintiff Mixon entered into a subscription agreement with Republic Services under which Plaintiff Mixon paid Republic Services in advance for residential service of "1 Lift Per Week" on Tuesdays.

49.

Republic Services failed to provide the agreed services to Plaintiff Mixon and multiple neighbors on her street who were also Republic Services' customers during the week of July 9, 2019. Republic Services also failed to provide the services to Plaintiff as scheduled on at least two occasions during the preceding month.

50.

On July 10, 2019, Plaintiff Mixon emailed the Republic Services' Municipal Coordinator for Northeast Georgia which stated in part:

> Our garbage and recycles did not get picked up yesterday, as scheduled. This is NOT the first time this has happened. In fact, I think this may be the third time during the past month this has happened. I see that neighbors on my street did not get theirs picked up, either. Perhaps your company missed our entire neighborhood? I called your company earlier today, but was left feeling unimportant and ignored, like usual (I have reported problems with service in the past with no resolution!).

51.

On July 11, 2019, Republic Services' Municipal Coordinator responded via email that a "[t]ruck is on the way." In fact, as Plaintiff Mixon informed the Municipal Coordinator by e-mail on July 14, 2019, her and her neighbors' trash and recycling containers remained full and at the curb when Plaintiff Mixon returned from vacation.

52.

On July 15, 2019, Plaintiff Mixon emailed Republic Services' Municipal Coordinator to request an account credit for the missed weekly pickup:

> Since your company did not pick up our garbage or recycles last Tuesday, as scheduled, will you be crediting our account? We pay $65.55 per month. Based on the scheduled number of pickups for the month of July (5

garbage and 2 recycles), our calculation is that you should credit us $18.73.

53.

Republic Services failed to credit Plaintiff Mixon's account for the amount she was due based on the missed garbage and recycling pickups.

54.

Plaintiff Sullivan entered into a subscription agreement with Republic Services under which Plaintiff Sullivan agreed to pay Republic Services for residential waste collection advances in advance on a quarterly basis.

55.

Plaintiff Sullivan was billed $52.50 quarterly, in advance, by Republic Services for "1 Lift Per Week."

56.

Plaintiff Sullivan is a resident in the Mulberry Park subdivision. Between January 2019 and March 2019, Republic Services failed to make the required "1 Lift Per Week" of Plaintiff Sullivan's (and its other Mulberry Park customers') trash at least one time per month.  Republic Services missed multiple weekly pickups for Plaintiff Sullivan and across the entire Mulberry Park subdivision during April 2019.

57.

Plaintiff Griffin entered into an agreement with Republic Services for "1 Lift

Per Week" and paid an approximately $50 deposit.

58.

Republic Services failed to deliver the agreed services for three weeks following Plaintiff Griffin's payment of the deposit, prompting Plaintiff Griffin to cancel service.

59.

A Republic Services' representative stated through its chat function, "we apologize for this service failure" and I will submit a credit for the invoice, which will trigger a refund of the $50 payment. Refund will be processed and mailed out within 4 weeks." No refund was ever provided to Plaintiff Griffin.

60.

The experience that Plaintiff Sullivan, Plaintiff Mixon, and Plaintiff Griffin had with Republic Services is typical of Republic Services' company-wide billing practices, as illustrated by the hundreds of customer complaints regarding Republic Services' no-refund policy and Republic Services' own public statements.

**<u>Class Allegations</u>**

61.

Plaintiffs assert their claims on behalf of themselves and on behalf of a class of all other similarly-situated persons pursuant to Rule 23 (b)(2) and Rule 23 (b)(3).

See Fed. R. Civ. P. 23 (b).

62.

Plaintiffs propose the following classes and sub-classes, while reserving the right to modify these definitions. See Fed. R. Civ. P. 23 (c).

- Nationwide Class:

   All persons or entities that (i) were billed by Republic Services pursuant to a prepaid subscription agreement for residential solid waste collection services; (ii) did not receive the scheduled service for one or more calendar weeks; and (iii) did not receive a refund for the missed service period.

- Georgia Subclass:

   All persons or entities that (i) were billed by Republic Services pursuant to a prepaid subscription agreement for residential solid waste collection services at a service location in Georgia; (ii) did not receive the scheduled service for one or more calendar weeks during the applicable statute of limitations; and (iii) were not refunded or credited by Republic Services for the missed service period.

63.

The class period for the each of the proposed classes is limited by the applicable statutes of limitations.

64.

Plaintiffs propose certification on all issues, while reserving the right to seek,

in the alternative, certification as to any specific issue, claim, or defense. *See* Fed. R. Civ. P. 23 (c).

65.

Plaintiffs Griffin, Mixon, and Sullivan would serve as the class representatives.

66.

Plaintiffs satisfy the requirements of Rule 23(a).

- <u>Numerosity</u> – The classes are so numerous that joinder is impracticable. Republic Services is the second largest provider of solid waste collection services in the country. Thousand of consumers have submitted written complaints to Republic Services, online, or their local municipalities about Republic Services' business practices described herein.

- <u>Commonality</u> – There are common questions of law and fact.

  • Republic Services' invoicing and billing practices are uniform.

  • The material terms of Republic Services' subscription agreements are uniform.

  • Questions common to Nationwide Class I and Georgia Subclass I, include but are not limited to –

- Whether Republic Services' failure to provide "1 Lift Per Week" constitutes a breach of contract;

- Whether Republic Services' failure to credit or refund the accounts of customers that were not provided "1 Lift Per Week" constitutes a breach of contract;

- Whether customers are entitled to damages or restitution based on Republic Services' practice of billing for/failing to refund missed residential solid waste collection services;

- Whether Republic Services has been unjustly enriched by retaining prepayments for solid waste collection services it did not provide; and

- Whether Plaintiffs and Class members are entitled to recover attorneys' fees under O.C.G.A. § 13-6-11

- <u>Typicality</u> – Plaintiffs' claims are typical of the Class members' claims. Because Republic Services' residential services and billing practices are uniform, Plaintiffs are subject to conduct that is typical of the rest of the class.

•    <u>Adequacy</u> – Plaintiffs would adequately protect the class's interests.  Each Plaintiff has a genuine interest in protecting the rights of the class and Plaintiffs' counsel is experienced in handling complex class actions. And because Plaintiffs challenge uniform subscription agreements and billing practices used by Republic Services, the interests of Plaintiffs and the classes are aligned.

67.

Plaintiffs also satisfy the requirements of Rule 23(b)(2). Republic Services has standardized service agreements and billing practices, which means that its conduct applies to the class generally, so that corresponding declaratory relief is appropriate respecting the classes as a whole.

68.

And Plaintiffs satisfy the requirements of Rule 23(b)(3).

•    <u>Predominance</u> – The answers to the common questions for Plaintiffs in this case will decide liability for the entire respective classes and subclasses. If Plaintiffs establish that Republic Services breached the contracts with them or was unjustly enriched by failing to credit back Plaintiffs' prepayments for services that Republic Services did not

provide, they will necessarily establish liability for all class members, without the need for any additional proof as to liability.

- Superiority – A class action is superior to other available remedies. The common questions would predominate over any individual questions, and thus no other form of litigation could be superior to a class action. Indeed, because of the low dollar amounts at stake, a class action is likely the only way for Plaintiffs and other class members to obtain any redress.

## COUNT ONE: BREACH OF CONTRACT

69.

Plaintiffs incorporate their allegations in the preceding paragraphs by reference.

70.

The subscription agreements between Republic Services and its residential customers, including Plaintiffs, require Republic Services to provide solid waste collection services at regular intervals (weekly, bi-weekly, etc.) on a scheduled day of the week.

71.

Plaintiff Sullivan, Plaintiff Mixon, and Plaintiff Griffin prepaid Republic

Services for "1 Lift Per Week."

72.

Republic Services breached its subscription agreement with Plaintiff Mixson by failing to provide Plaintiff Mixson with "1 Lift Per Week" during the week of July 9, 2019.

73.

Republic Services breached its subscription agreement with Plaintiff Sullivan by failing to provide Plaintiff Ormsby with "1 Lift Per Week" during at least one week in February 2019 and March 2019 and four weeks in April 2019.

74.

Republic Services breached its subscription agreement with Plaintiff Griffin by failing to provide Plaintiff Griffin with "1 Lift Per Week" during the three weeks preceding July 10, 2019.

75.

Plaintiffs and Class members are entitled to damages in the amounts that they prepaid to Republic Services in advance for services the company did not provide as agreed.

76.

Republic Services failed to refund or credit Plaintiffs and other Class

members' accounts despite knowledge that it has missed weekly service in breach of its subscription agreements and promises that refunds are forthcoming.

77.

Based on its assumption of billing-related duties under the agreements with Plaintiffs and Class members, Republic Services has a contractual duty to provide an account credit or refund when it fails to provide prepaid services under the subscription agreements.

78.

The law implies a duty of good faith and fair dealing in every contract, and Republic Services is subject to this duty as well.

79.

Republic Services breached the subscription agreements by failing to properly adjust Plaintiffs and Class members' billing to account for its failure to provide "1 Lift Per Week."

80.

Republic Services is liable to customers who entered into a subscription agreement with its subsidiaries or affiliates as a joint venturer or because it assumed scheduling, billing, and payment duties to its customers under those agreements.

81.

Republic Services is also liable under the law of agency because it controlled scheduling, billing, payment, and other material aspects of the subscription agreements.

82.

Plaintiffs and Class members are entitled to damages in the amount of Republic Services' overcharging under the subscription agreements.

## COUNT TWO: UNJUST ENRICHMENT
### (Alternatively to Count One)

83.

Plaintiffs repeat and allege the preceding paragraphs, as if fully alleged herein.

84.

Plaintiffs and Class members have an interest, both equitable and legal, in the prepayments that they made to Republic Services in exchange for receiving scheduled solid waste collection services.

85.

Plaintiffs and Class members conferred a benefit on Republic Services by prepaying for residential solid waste collection services. Republic Services was benefitted by the conferral of these prepayments. Republic Services understood it was so benefitted.

86.

But for Republic Services commitment to provide the solid waste collection services on a weekly or bi-weekly basis, Plaintiffs and Class members would not have prepaid for the services.

87.

As a result of Republic Services' wrongful conduct as alleged in this Complaint (including its retention of prepayments for solid waste collection services it did not provide), Republic Services has been unjustly enriched at the expense of, and to the detriment of, Plaintiffs and Class members.

88.

Republic Services' unjust enrichment is traceable to and resulted directly from the conduct alleged herein.

89.

Under the common law doctrine of unjust enrichment, it is inequitable for Republic Services to be permitted to retain the benefits it received from Plaintiffs and Class members in an unfair and unconscionable manner. Republic Services' retention of such benefits under circumstances making it inequitable to do so constitutes unjust enrichment.

90.

The benefit conferred upon, received, and enjoyed by Republic Services was not conferred gratuitously, and it would be inequitable and unjust for Republic Services to retain the benefit.

91.

Republic Services is liable to Plaintiffs and Class members for restitution in the amount of the benefit conferred on Republic Services as a result of its wrongful conduct, including specifically the value to Republic Services of the payments by Plaintiffs and Class members for services that Republic Services did not provide as scheduled.

## COUNT THREE: EXPENSES OF LITIGATION

92.

Plaintiffs asserts a claim pursuant to Georgia Code Section 13-6-11, on behalf of themselves and the proposed classes.  See O.C.G.A. § 13-6-11.  Plaintiffs seek recovery of expenses for this litigation, including recovery of their attorney fees.

93.

Republic Services has acted in bad faith, has been stubbornly litigious, and has caused Plaintiffs unnecessary trouble and expense by refusing to refund

unearned service fees. As such, Republic Services is liable for Plaintiffs' expenses of litigation, including but not limited to recovery of their attorney fees.

## **Relief Requested**

Plaintiffs ask this Court to:

a.      Certify this action as a class action, including certifying Plaintiffs as class representative and undersigned counsel as class counsel;

b.      Grant judgment as a matter of law in favor of Plaintiffs and the Classes on any or all issues or, in the alternative, hold a trial on any disputed fact questions;

c.      Award Plaintiffs and Class members restitution and any damages they are entitled to, including but not limited to statutory damages and penalties, punitive damages, attorney fees, pre-judgment interest, post-judgment interest, and costs; and

d.      And order any other relief as the Court may deem just and proper.

This 17th day of September, 2019.

/s/ Adam L. Hoipkemier
Epps Holloway DeLoach & Hoipkemier LLC
Adam L. Hoipkemier (Ga. Bar No. 745811)
adam@ehdhlaw.com
Kevin E. Epps (Ga. Bar No. 785511)
kevin@ehdhlaw.com
1220 Langford Drive, Bldg. 200
Watkinsville, GA 30677
Telephone: 706 508 4000

Morgan & Morgan Attorneys at Law, P.C.
Jason Braswell (Ga. Bar No. 078373)
jason@morganlawyers.com
1090 Founders Blvd. #C
Athens, GA 30606
Telephone: 706 548 7070

*Counsel for Plaintiffs Rick Griffin, Timothy Sullivan and Deborah Mixon*